In The UNITED STATES DISTRICT COURT
For The WESTERN DISTRICT OF PENNSYLVANIA

**VICKI KORINKO,**

**Plaintiff,**                                             CASE NO._____

  vs.

**Come Ready Nutrition, LLC**                             **Jury Trial Demanded**
 **d/b/a Ready Nutrition**

 **and**

**Patrick Cavanaugh,**
An individual

**Defendant(s).**

## COMPLAINT

   Plaintiff VICKI KORINKO, ("Plaintiff"), individually, by and through her attorney Lee

W. Davis, Esquire and the Law Offices of Lee W. Davis, Esquire, L.L.C. allege against

Come Ready Nutrition, LLC d/b/a Ready Nutrition, a Pennsylvania Limited Liability

Company; and Patrick Cavanaugh, an individual, (collectively "Defendants"), the

following:

### INTRODUCTION AND SUMMARY OF ACTION

1.   This action is brought by Plaintiff VICKI KORINKO seeking redress for systemic

practices engaged in by Defendant Come Ready Nutrition, LLC d/b/a Ready

Nutrition and Defendant Patrick Cavanaugh resulting in discrimination under Title

VII of 1964 Civil Rights Act, and PENNSYLVANIA HUMAN RELATIONS ACT, Act

1

of 1955, P.L. 744, No. 222, AS AMENDED JUNE 25, 1997 BY Act 34 OF 1997,43 P.S. §§ 951- 963,  Wrongful Supervision And Retention Of Defendant Patrick Cavanaugh in Violation Of Pennsylvania Common Law, Negligent Supervision And Retention Of Defendant Patrick Cavanaugh in Violation Of Pennsylvania Common Law, Intentional Infliction Of Emotional Distress In Violation Of Pennsylvania Common Law, Negligent Infliction Of Emotional Distress In Violation Of Pennsylvania Common Law, Fraudulent Misrepresentation In Violation Of Pennsylvania Common Law, Negligent Misrepresentation In Violation Of Pennsylvania Common Law, False Imprisonment In Violation Of Pennsylvania Common Law, Assault In Violation Of Pennsylvania Common Law, Battery In Violation Of Pennsylvania Common Law, Breach Of Contract Under Pennsylvania Common Law and suffered and will continue to suffer from the Constructive Discharge, Pain and Suffering, and Loss of Enjoyment of Life.

2.   As alleged with greater particularity in Paragraphs below, Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh subjected Plaintiff VICKI KORINKO to a sexually hostile work environment perpetuated by Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh constructively discharged Plaintiff VICKI KORINKO as a result of the sexual assault and intolerable working conditions and Defendants' failure to take prompt and effective action to prevent or alleviate it.

**PARTIES**

3. Plaintiff VICKI KORINKO is, and at all times relevant to this Complaint, a resident of Washington County, PA.

4. Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition., is, and at all times relevant to this Complaint, incorporated under the laws of the Commonwealth of Pennsylvania and principal place of business is in the Commonwealth of Pennsylvania. At all relevant times Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition ("Defendant"), is a Pennsylvania Limited Liability Company, has continuously been doing business in the Commonwealth of Pennsylvania, and, upon information and belief, has continuously had at least 15 employees.

5. Defendant Patrick Cavanaugh is, and at all times relevant to this complaint upon information and belief, the owner, Chief Executive Officer and employee of Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition., and a resident of Allegheny County, PA.

### JURISDICTION

6. The Court has jurisdiction over this action under 28 U.S.C. § 1331.

7. This is an employment discrimination lawsuit based on Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et. seq.*, for employment discrimination on the basis of gender or sex.

8. This Court has personal jurisdiction over Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition because Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition systematically and continuously engages in substantial interstate commercial conduct and business activity within Pennsylvania and maintains its principal place of

business in Pennsylvania, and because the case arises in part out of Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition's and Defendant Patrick Cavanaugh's unlawful conduct within this District. Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h) and the Pennsylvania Human Relations Act, 43 P.S. § 954.

9.  This Court has personal jurisdiction over Defendant Patrick Cavanaugh, who at all times relevant to this complaint upon information and belief, is a resident of Allegheny County, PA, and because the case arises in part out of Defendant Patrick Cavanaugh's unlawful conduct within this District.

## VENUE

10. Venue is proper in the Western District of Pennsylvania pursuant to 28 U.S.C. § 1391(b), as the unlawful employment acts and practices complained of by the Plaintiff VICKI KORINKO were committed or occurred, and continue to occur, within this District.

11.   Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh maintains its places of business in this District.

12.  Defendant Patrick Cavanaugh, upon information and belief, reside in this District.

## ADMINISTRATIVE PROCEDURES

13.  Plaintiff VICKI KORINKO timely filed a charge on April 16, 2019 with the Equal Employment Opportunity Commission ("EEOC") alleging violations of Title VII of the Civil Rights Act of 1964, including but not limited to violations of sex discrimination and allegations of sexual harassment.

4

14. On November 18, 2019, U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION issued NOTICE OF RIGHT TO SUE to Plaintiff VICKI KORINKO under Title VII of the Civil Rights Act of 1964. (Attached)

## FACTUAL BACKGROUND

15.  Plaintiff VICKI KORINKO was hired as an administrative assistant by Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh on May 28, 2018.

16. Defendant Patrick Cavanaugh, upon information and belief, owns and is the Chief Executive Officer of Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition located at 170 Church Road, Wexford, Pennsylvania, 15090.

17.   Both Defendants Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh did not maintain, nor establish, any employee policy whatsoever, to exercise reasonable care to prevent and correct promptly, any sexually harassing behavior by employees, nor was any written policy provided to employees.

18.  On June 5, 2018 during an employee meeting, the Plaintiff Vicki Korinko was asked about her protected personal health and fitness information by Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh.

19.   On at least one occurrence, Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh, on January 7, 2019, informed employees during an employee meeting to "partner up" with fellow employees so

5

that measurements of the employees' bodies could be performed on each other, recorded and reported to Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh.

20. Plaintiff VICKI KORINKO informed Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh that she objected to any touching or measurement of her person or any body part.

21. On or about January 15, 2019, Defendant Patrick Cavanaugh summoned Plaintiff VICKI KORINKO to his isolated loft office for the purpose of measuring "body parts" of Plaintiff Vicki Korinko.

22. Defendant Patrick Cavanaugh was the only person present when Plaintiff Vicki Korinko arrived at his isolated loft office.

23. Plaintiff VICKI KORINKO once again objected to the inappropriate collection of personal physical and health information by Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh.

24. Trapped in the isolated office of Defendant Patrick Cavanaugh at Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition, Plaintiff Vicki Korinko, over her strenuous objection, was approached by Defendant Patrick Cavanaugh.

25. Plaintiff Vicki Korinko was placed in fear of an unauthorized touching of her person. Defendant Patrick Cavanaugh assaulted and battered Plaintiff Vicki Korinko by measuring her mid-thigh and upper arm with a paper tape measure over her objection and without authorization.

6

26.  Defendant Patrick Cavanaugh measured two places, arm and thigh, on Plaintiff Vicki Korinko's body recording the results for the records of Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh, without any legitimate professional or medical reason.

27. Defendant Patrick Cavanaugh measured two places, arm and thigh, on Plaintiff Vicki Korinko's body. Defendant Patrick Cavanaugh touched, without consent, and without any legitimate medical or legal purpose two areas, arm and thigh, on Plaintiff Vicki Korinko's body.

27.  While Plaintiff Vicki Korinko was trapped, alone with Defendant Patrick Cavanaugh in his isolated loft office, Defendant Patrick Cavanaugh, after Plaintiff's objection, wholly without Plaintiff Vicki Korinko's permission or consent, proceeded to measure Plaintiff Vicki Korinko by placing his hands on Plaintiff Vicki Korinko's body to measure her Right-Upper-Arm with a cloth/paper tape measure.

28. After Plaintiff Vicki Korinko's continued repeated objection, wholly without her permission or consent, Defendant Patrick Cavanaugh reached between Plaintiff Vicki Korinko's legs and touched Plaintiff Vicki Korinko on her Mid-Thigh, measuring Plaintiff Vicki Korinko by placing his hands on Plaintiff Vicki Korinko's body around her Mid-Thigh with a cloth/paper tape measure.

29.  On February 2, 2019, Plaintiff Vicki Korinko received a text message from Patrick Cavanaugh telling her that Monday, February 4, 2019, was Upper Arm/Mid-Thigh tape measurement day.

7

30. On February 4, 2019, after the text from Pat Cavanaugh, Plaintiff Vicki Korinko informed Come Ready Nutrition, LLC d/b/a Ready Nutrition that she was constructively discharged from her employment at Come Ready Nutrition, LLC d/b/a Ready Nutrition.

31. As the result of the actions of Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh, Plaintiff Vicki Korinko continues to suffer from Depressive Disorder, Anxiety and Insomnia.

## COUNT I

### SEXUAL HARASSMENT AND SEXUAL DISCRIMINATION IN VIOLATION OF TITLE VII

### Plaintiff VICKI KORINKO
### vs.
### Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition

32. Plaintiff realleges paragraphs 1 to 31 and incorporates them by reference as paragraphs 1 to 31 of Count I of this Complaint.

33. Title VII of the Civil Rights Act of 1964, 42 U.S.C., Section 2000 *et seq*, as amended by the Civil Rights Act of 1991 - Title VII (i), makes it unlawful to discriminate against any individual in the terms, conditions, or privileges of employment on the basis of gender or sex.

34. Plaintiff Vicki Korinko is female.

35. The Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition is liable for discrimination alleged herein under the doctrine of *respondeat superior*.

36.   Sexual harassment that creates an abusive and hostile work environment, such that the conditions of employment are altered, is actionable under Title VII as sexual or gender-based discrimination.

37.   With respect to allegations of sexual harassment, Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition is strictly liable for the acts of its supervisory employees because the harassers used their actual or apparent authority to further the unlawful conduct and otherwise aided in accomplishing the unlawful conduct by the existence of an agency relationship.

38.   Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition is liable for the acts of management and co-workers of Plaintiff VICKI KORINKO because Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition provided no reasonable avenue of complaint.

39.   Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition was made aware of this sexual harassment by the objections by the Plaintiff VICKI KORINKO to Defendant Patrick Cavanaugh, including but not limited to the employee meeting of January 7, 2019. Plaintiff VICKI KORINKO had no reasonable avenue of complaint, reporting, or training for employees or management to prevent the unwanted measurements of Defendant Patrick Cavanaugh.

40.   The hostile work environment was sufficiently severe and pervasive such that it altered the condition of Plaintiff Vicki Korinko's employment, affected the terms, conditions and privileges thereof in violation of Title VII and resulted in Plaintiff Vicki

9

Korinko quitting her employment amidst circumstances that certainly can be characterized as constituting Constructive Discharge from her position.

41. Based upon the foregoing, Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition has discriminated against Plaintiff Vicki Korinko on the basis of her sex and has deprived her of her rights in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000e *et seq*.

42. As a result of such conduct by Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition, Plaintiff Vicki Korinko has suffered damages and is entitled to back pay, front pay, and compensatory damages for, among other things, Depressive Disorder, Anxiety and Insomnia and emotional trauma and the physical consequences thereof suffered by Plaintiff Vicki Korinko as a consequence of Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition's illegal conduct.

43. Because of Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition's discriminatory treatment of Plaintiff Vicki Korinko, Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition was willful and/or in reckless disregard of Plaintiff Vicki Korinko's federally-protected rights, Plaintiff Vicki Korinko is entitled to an award of punitive damages against Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition.

## **COUNT II**

### **SEXUAL HARASSMENT AND SEXUAL DISCRIMINATION IN VIOLATION OF THE PENNSYLVANIA HUMAN RELATIONS ACT**

**Plaintiff VICKI KORINKO**
**vs**
**Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition**

44. Plaintiff realleges paragraphs 1 to 43 and incorporates them by reference as paragraphs 1 to 43 of Count II of this Complaint.

45. The Pennsylvania Human Relations Act, 43 P.S. § 955 *et seq.* makes it unlawful to discriminate against any individual in the terms, conditions, or privileges of employment on the basis of gender or sex.

46. Plaintiff Vicki Korinko is female.

47. Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition is liable for discrimination alleged herein under the doctrine of *respondeat superior*.

48. Sexual harassment that creates an abusive and hostile work environment, such that the conditions of employment are altered, is actionable under the Pennsylvania Human Relations Act, as sexual or gender-based discrimination.

49. With respect to allegations of sexual harassment, Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition is strictly liable for the acts of its supervisory employees, including but not limited to Defendant Patrick Cavanaugh because Defendant Patrick Cavanaugh used his actual or apparent authority to further the unlawful conduct and was otherwise aided in accomplishing the unlawful conduct by the existence of an agency relationship.

50. Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition is liable for the acts of management, Defendant Patrick Cavanaugh, because Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition provided no reasonable avenue of complaint.

51. Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition is liable for the acts of management and co-worker, including Defendant Patrick Cavanaugh, because it was

made aware of this sexual harassment by multiple objections by the Plaintiff VICKI KORINKO, including but not limited to the employee meeting of January 7, 2019.

52. Plaintiff Vicki Korinko had no reasonable avenue of complaint, or reporting, or training for employees or management to prevent the unwanted measurements of Defendant Patrick Cavanaugh.

53.   Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition is liable for the acts alleged herein because the Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh established a corporate culture at the Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition which encouraged sexual discrimination and harassment by providing no reasonable avenue of complaint or prevention.

54.   The hostile work environment was sufficiently severe and pervasive such that it altered the condition of Plaintiff Vicki Korinko's employment, affected the terms, conditions and privileges thereof in violation of the Pennsylvania Human Relations Act, and resulted in Plaintiff Vicki Korinko's quitting her employment amidst circumstances that certainly can be characterized as constituting Constructive Discharge from her position.

55.   Based upon the foregoing, Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition has discriminated against Plaintiff Vicki Korinko on the basis of her sex and has deprived her of her rights in violation of Pennsylvania Human Relations Act, 43 P.S. Section 955 *et seq.*

56.    As a result of such conduct by Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition, Plaintiff Vicki Korinko has suffered damages and is entitled to back pay, front pay, and compensatory damages for, among other things, Depressive Disorder, Anxiety and Insomnia and emotional trauma and the physical consequences thereof suffered by Plaintiff Vicki Korinko as a consequence of Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition's and Defendant Patrick Cavanaugh's illegal conduct.

57.    Because Defendant Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition's discriminatory treatment of Plaintiff Vicki Korinko was willful and/or in reckless disregard of Plaintiff Vicki Korinko's state - protected rights, Plaintiff Vicki Korinko is entitled to an award of punitive damages against Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition.

### COUNT III

### WRONGFUL SUPERVISION AND RETENTION OF DEFENDANT PATRICK CAVANAUGH IN VIOLATION OF PENNSYLVANIA COMMON LAW

**Plaintiff VICKI KORINKO**
**vs.**
**Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition**
**And**
**Defendant Patrick Cavanaugh**

58.    Plaintiff realleges paragraphs 1 through 57 and incorporates them by reference as paragraphs 1 through 57 of Count III of this Complaint.

59.    Pennsylvania common law provides for the tort of wrongful supervision and retention of an employee. *Brezenski* v. *World Truck Transfer, Inc.,* 755 A.2d 36 (Pa. Super. 2000); *Dempsey* v. *Walso Bureau, Inc.,* 246 A.2d 418 (Pa. 1968).

13

60.  Plaintiff Vicki Korinko reported the conduct of Defendant Patrick Cavanaugh to Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition describing her objections over body measurement to management, Defendant Patrick Cavanaugh.

61.  It was reasonably foreseeable that Defendant Patrick Cavanaugh would continue his wrongful conduct as previously reported to the management of Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition. Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition on or about the meeting of January 7, 2019, Defendant Patrick Cavanaugh ignored the reported wrongful conduct and continued to conduct unauthorized measurements and calisthenics which rises to the intentional tort of wrongful supervision and retention of Defendant Patrick Cavanaugh.

62.  Because Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition's treatment of Plaintiff Vicki Korinko was willful and/or in reckless disregard of Plaintiff Vicki Korinko's common law rights, Plaintiff Vicki Korinko is entitled to an award of punitive damages against Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh.

## COUNT IV

**NEGLIGENT SUPERVISION AND RETENTION OF DEFENDANT PATRICK CAVANAUGH IN VIOLATION OF PENNSYLVANIA COMMON LAW**

**PLAINTIFF VICKI KORINKO**
**vs.**
**Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition**
**And**
**Defendant Patrick Cavanaugh**

63.  Plaintiff realleges paragraphs 1 through 62 and incorporates them by reference as paragraphs 1 through 62 of Count IV of this Complaint.

64. Pennsylvania common law recognizes the tort of negligent supervision and retention of an employee. *Brezenski* v. *World Truck Transfer, Inc.*, 755 A.2d 36 (Pa. Super. 2000); *Dempsey* v. *Walso Bureau, Inc.,* 246 A.2d 418 (Pa. 1968).

65. Plaintiff Vicki Korinko reported the conduct of Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition's management, Defendant Patrick Cavanaugh.

66. It is reasonably foreseeable that, Defendant Patrick Cavanaugh, given his reported conduct to the management of Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition, Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition is liable in negligence for the failure to exercise ordinary care to prevent intentional harm to the Plaintiff Vicki Korinko by an employee, Defendant Patrick Cavanaugh.

67. Because Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition's and Defendant Patrick Cavanaugh's treatment of Plaintiff Vicki Korinko was willful and/or in reckless disregard of Plaintiff Vicki Korinko's common law rights, Plaintiff is entitled to an award of punitive damages against Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh.

## COUNT V

### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS IN VIOLATION OF PENNSYLVANIA COMMON LAW

**Plaintiff VICKI KORINKO**
**vs.**
**Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition**
**and**
**Defendant Patrick Cavanaugh**

68. Plaintiff VICKI KORINKO realleges paragraphs 1 through 67 and incorporates them by reference as paragraphs 1 through 67 of Count V of this Complaint.

15

69.   Pennsylvania common law recognizes a cause of action for intentional infliction of emotional distress, which makes unlawful certain extreme and outrageous conduct, including False Imprisonment Under Title 18 Pa.C.S.A. § 2903, that results in severe emotional distress and was intended or committed with a disregard for a substantial probability of causing such distress. *Motheral* v. *Burkhart*, 583 A.2d 1180 (Pa. Super. 1990); RESTATEMENT (Second) of Torts, § 46 (1965).

70.   The Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition is liable for intentional infliction of emotional distress alleged herein under the doctrine of *respondeat superior*.

71.   By the actions alleged herein, Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition,  and its owner and Chief Executive Officer, Defendant Patrick Cavanaugh, maliciously embarked on a course of conduct of concealment, inaction, false imprisonment and blame directed toward the accuser willfully.

72.   As a result of the Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition's and its owner and Chief Operating Officer Defendant Patrick Cavanaugh's conduct, Plaintiff Vicki Korinko did become tense, nervous, irritable, trembling, depressed and has suffered great mental anguish that has included mental and physical suffering and inconvenience, including but not limited to, Depressive Disorder, Anxiety and Insomnia.

73.   Because Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition's and Defendant Patrick Cavanaugh's treatment of Plaintiff Vicki Korinko was willful and/or in reckless disregard of Plaintiff Vicki Korinko's common law rights, Plaintiff Vicki

16

Korinko is entitled to an award of punitive damages against Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition  and Defendant Patrick Cavanaugh.

## COUNT VI

### NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS IN VIOLATION OF PENNSYLVANIA COMMON LAW

**Plaintiff VICKI KORINKO**
**vs.**
**Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition**
**and**
**Defendant Patrick Cavanaugh**

74.  Plaintiff VICKI KORINKO realleges paragraphs 1 through 73 and incorporates them by reference as paragraphs 1 through 73 of Count VI of this Complaint.

75.  Pennsylvania common law recognizes a cause of action for negligent infliction of emotional distress, which makes unlawful the failure to exercise due care for the protection of others against unreasonable risk, or which constitutes an unintentional breach of a legal duty causing damage which is foreseeable and without which the damage would not have occurred. This includes the actions alleged herein, that result in severe emotional distress. *Smith* v. *School Dist. of Philadelphia*, 112 F. Supp. 2d 417, 428 (E.D. Pa. 2000).

76.  The Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition is liable for alleged acts of negligent infliction of emotional distress herein under the doctrine of *respondeat superior*.

77.  By their actions alleged herein, Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and its owner and Chief Operating Officer, Defendant Patrick Cavanaugh, owed Plaintiff Vicki Korinko a cognizable duty of care.

17

78.   It is foreseeable that, Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh failed to exercise due care to protect Plaintiff Vicki Korinko, and without such breach of the duty of care, would have never suffered or continue to suffered foreseeable severe emotional distress, including but not limited to, Depressive Disorder, Anxiety and Insomnia.

79.   As a result of Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition's conduct and the conduct of its owner and Chief Operating Officer, Defendant Patrick Cavanaugh, Plaintiff Vicki Korinko has become tense, nervous, irritable, depressed and has suffered great mental anguish that has included mental and physical suffering and inconvenience, including but limited to Depressive Disorder, Anxiety and Insomnia.

80.   Because Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition's and Defendant Patrick Cavanaugh's treatment of Plaintiff Vicki Korinko was willful and/or in reckless disregard of Plaintiff Vicki Korinko's common law rights, Plaintiff Vicki Korinko is entitled to an award of punitive damages against Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh.

## COUNT VII

**FALSE IMPRISONMENT IN VIOLATION OF PENNSYLVANIA COMMON LAW**

**Plaintiff VICKI KORINKO**
**vs.**
**Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition**
**and**
**Defendant Patrick Cavanaugh**

18

81.  Plaintiff realleges paragraphs 1 through 80 and incorporates them by reference as paragraphs 1 through 80 of Count VII of this Complaint.

82.  Pennsylvania common law recognizes a cause of action for false imprisonment which consists of the unlawful detention of another person, for any length of time, whereby he or she is deprived of his or her personal liberty. *Gagliardi* v. *Lynn*, 285 A.2d 109, 111 n.2 (Pa. 1971) *Leckey* v. *Presbyterian Univ. Hosp.* (Pa. Super. Ct., 2015)

83.  The Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh is liable for alleged false imprisonment herein under the doctrine of *respondeat superior*.

84.  Defendant Patrick Cavanaugh's actions, by trapping Plaintiff Vicki Korinko in his loft office described hereinbefore, caused Plaintiff Vicki Korinko to be unlawfully detained, for any length of time, whereby Plaintiff Vicki Korinko was deprived of her personal liberty in violation of State law.

85.  Given Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh's knowledge of false imprisonment as reported by Plaintiff Vicki Korinko, as well as the known tendencies and proclivities of Defendant Patrick Cavanaugh, Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition could have reasonably anticipated and could have prevented such false imprisonment.

86.   As a result of Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh's conduct, Plaintiff VICKI KORINKO suffered such false imprisonment and is entitled to an award of all damages the court deems just.

87.   Because Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition's and Defendant Patrick Cavanaugh's treatment of Plaintiff Vicki Korinko was willful and/or in reckless disregard of Plaintiff Vicki Korinko common law rights, Plaintiff Vicki Korinko is entitled to an award of punitive damages against Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh.

## COUNT VIII

### ASSAULT IN VIOLATION OF PENNSYLVANIA COMMON LAW

**Plaintiff VICKI KORINKO
vs.
Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition
and
Defendant Patrick Cavanaugh**

88.   Plaintiff realleges paragraphs 1 through 87 and incorporates them by reference as paragraphs 1 through 87 of Count VIII of this Complaint.

89.   Pennsylvania common law recognizes a cause of action for assault which consists of the intentional placing of another party in fear of imminent harmful or offensive conduct.

90.   The Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition is liable for alleged assault herein under the doctrine of *respondeat superior*.

91.   Defendant Patrick Cavanaugh's actions described hereinbefore caused Plaintiff Vicki Korinko to suffer physical assault in violation of State law.

20

92.    Given Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition's knowledge of the intentional placing of Plaintiff Vicki Korinko in fear of imminent harmful or offensive conduct by Defendant Patrick Cavanaugh as well as the known tendencies and proclivities of Defendant Patrick Cavanaugh, Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition could have reasonably anticipated and could have prevented such assaults.

93.    As a result of Defendant Patrick Cavanaugh's conduct, Plaintiff Vicki Korinko was placed in fear of imminent harmful or offensive conduct an is entitled to all damages that the court deems just.

94.    Because Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition's and Defendant Patrick Cavanaugh's treatment of Plaintiff Vicki Korinko was willful and/or in reckless disregard of Plaintiff Vicki Korinko's common law rights, Plaintiff Vicki Korinko is entitled to an award of punitive damages against Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh.

## COUNT IX

### BATTERY IN VIOLATION OF PENNSYLVANIA COMMON LAW

**Plaintiff VICKI KORINKO**
**vs.**
**Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition**
**and**
**Defendant Patrick Cavanaugh**

95.    Plaintiff realleges paragraphs 1 through 94 and incorporates them by reference as paragraphs 1 through 94 of Count IX of this Complaint.

96.   Pennsylvania common law recognizes a cause of action for battery which consists of the intentional physical contact upon a party without that party's consent.

97.   The Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition is liable for alleged Battery herein under the doctrine of *respondeat superior*.

98.   Defendant Patrick Cavanaugh's intentional actions described hereinbefore without the consent of Plaintiff Vicki Korinko caused Plaintiff to suffer physical assault in violation of State law.

99.  Given Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition's knowledge of the nature of incidents between Plaintiff Vicki Korinko and Defendant Patrick Cavanaugh, Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition could have reasonably anticipated and could have prevented such battery.

100.   As a result of Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition's and Defendant Patrick Cavanaugh's conduct, Plaintiff Vicki Korinko suffered such offensive physical contact without her consent.

101.  Because Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition's and Defendant Patrick Cavanaugh's treatment of Plaintiff Vicki Korinko was willful and/or in reckless disregard of Plaintiff Vicki Korinko's common law rights, Plaintiff Vicki Korinko is entitled to an award of punitive damages against Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh.

## COUNT X

## FRAUDULENT MISREPRESENTATION IN VIOLATION OF PENNSYLVANIA COMMON LAW

### Plaintiff Vicki Korinko

**vs.**
**Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition**
**and**
**Defendant Patrick Cavanaugh**

102.   Plaintiff Vicki Korinko realleges paragraphs 1 through 101 and incorporates them by reference as paragraphs 1 through 101 of Count X of this Complaint.

103.   Pennsylvania common law recognizes a cause of action for Intentional and fraudulent misrepresentation consisting of the making of a false material representation by one party, where that party knew of its falsity, with the intent to deceive and induce the other party to act upon it, all of which results in injury to the other party.

104.   The Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition is liable for alleged Intentional and fraudulent misrepresentation herein under the doctrine of *respondeat superior*.

105.   Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition, by and through its owner and Chief Executive Officer Defendant Patrick Cavanaugh in a document titled "Come Ready Code of Conduct" , hereinbefore cited, made representations as to a commitment to the law, protecting employees from sexual harassment and progressive values, all constituting representations of management to the same effect, were all fraudulent misrepresentations.

106. Plaintiff Vicki Korinko was ignorant of the falsity of the representations, namely that her reports to Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh were taken seriously and relied on them and acted to her detriment. Plaintiff Vicki Korinko's reliance on Defendant Come Ready Nutrition,

23

LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh, written code of conduct concerning her safety, well-being and corporate policy of adherence to law was both reasonable and foreseeable.

107.  Plaintiff Vicki Korinko suffered specific monetary loss as a result of the false statements that she would be protected from unconsented to to and inappropriate touching by Defendant Patrick Cavanaugh, which were intentionally made, resulting in damages in an amount to be determined at trial.

108.  Because Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition's and Defendant Patrick Cavanaugh's treatment of Plaintiff Vicki Korinko was willful and/or in reckless disregard of Plaintiff Vicki Korinko common law rights, Plaintiff Vicki Korinko is entitled to an award of punitive damages against Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh.

## COUNT XI

## NEGLIGENT MISREPRESENTATION IN VIOLATION OF PENNSYLVANIA COMMON LAW

**Plaintiff Vicki Korinko**
**vs.**
**Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition**
**and**
**Defendant Patrick Cavanaugh**

109.  Plaintiff Vicki Korinko realleges paragraphs 1 through 108 and incorporates them by reference as paragraphs 1 through 108 of Count XI of this Complaint.

110.   Pennsylvania common law recognizes a cause of action for negligent misrepresentation consisting of the making of a false material representation by one party, made under circumstances in which the misrepresenter ought to have known

24

of its falsity; with the intent to induce the other party to act upon it, all of which results in injury to the other party.

111.   The Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition is liable for alleged negligent misrepresentation herein under the doctrine of *respondeat superior*.

112.   Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh, hereinbefore cited, a commitment to the law, and progressive values, all constituting representations of management to the same effect in a document titled "Come Ready Code of Conduct" that , made representations as to a commitment to the law, protecting employees from sexual harassment and progressive values, all constituting representations of management to the same effect, were all fraudulent misrepresentations.

113.   Plaintiff Vicki Korinko was ignorant of the falsity of these representations, relied on them and acted to her detriment. Plaintiff Vicki Korinko's reliance on Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh's document titled "Come Ready Code of Conduct" written code of conduct concerning her safety, well-being and corporate policy of adherence to law was both reasonable and foreseeable.

114.   Plaintiff Vicki Korinko suffered specific monetary loss as a result of the false statements which were negligently made, resulting in damage to her in an amount to be determined at trial.

115.   Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh's treatment of Plaintiff Vicki Korinko was willful and/or in reckless disregard of Plaintiff Vicki Korinko's common law rights, Plaintiff Vicki Korinko is entitled to an award of punitive damages against Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh.

## COUNT XII

## BREACH OF CONTRACT UNDER PENNSYLVANIA COMMON LAW

**Plaintiff VICKI KORINKO**
**vs.**
**Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition**
**And**
**Defendant Patrick Cavanaugh**

116.   Plaintiff realleges paragraphs 1 through 115 and incorporates them by reference as paragraphs 1 through 115 of Count XII of this Complaint.

117.   Pennsylvania law recognizes a cause of action for breach of contract wherein a party is induced into employment by virtue of representations of another party.

118.   As referenced herein, Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh, by holding employee meetings and promoting to its employees an atmosphere free of sexual harassment and otherwise compliant with the law, served as an inducement for Plaintiff Vicki Korinko to enter into Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition's employment. This inducement by Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition, together with Plaintiff Vicki Korinko's reliance, and agreement to work and continue to work, resulted in a contract.

26

119.   The failure of Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition to provide that atmosphere constituted a breach of that agreement.

120.   As a result of Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition's and Defendant Patrick Cavanaugh's conduct and breach of contract, Plaintiff Vicki Korinko has suffered damages.

**WHEREFORE**, Plaintiff Vicki Korinko requests that the Court find in her favor and against Defendant Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh as follows:

(a) Declare that, pursuant to Count I hereof, the acts and conduct of Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh, violated Title VII of the Civil Rights Act of 1964 and 1991;

(b) Declare that, pursuant to Counts II hereof, the acts and conduct of Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh, violated the Pennsylvania Human Relations Act;

(c) Declare that, pursuant to Counts III through XII hereof, that acts and conduct of Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition and Defendant Patrick Cavanaugh violated Plaintiff Vicki Korinko's rights under the Pennsylvania common law.

(d) Award Plaintiff Vicki Korinko the value of all compensation, compensation for injuries and benefits lost as a result of Defendant Come Ready Nutrition, LLC d/b/a Ready Nutrition's and Defendant Patrick Cavanaugh's unlawful conduct, violation of Title VII of 1964 Civil Rights Act, and PENNSYLVANIA HUMAN RELATIONS ACT,

Act of 1955, P.L. 744, No. 222, AS AMENDED JUNE 25, 1997 BY Act 34 OF 1997,43 P.S. §§ 951- 963 and Pennsylvania common law including, but not limited to back pay, reinstatement or, in lieu of reinstatement, front pay, personal injury damages, liquidated damages, punitive damages, special damages, interest, costs and attorney's fees; and

(e) Award Plaintiff Vicki Korinko such other relief as this Court deems just and proper.

## JURY DEMAND

PLAINTIFF DEMANDS A TRIAL BY JURY AS TO ALL ISSUES TRIABLE BY A JURY RAISED HEREIN.

Respectfully submitted,

/s/Vicki Korinko,

Plaintiff, By Counsel

Dated: February 12, 2020     Law Offices of Lee W Davis, Esquire, L.L.C.

BY:/s/Lee W. Davis

Lee W. Davis, Esquire (PA I.D. 77420)

5239 Butler Street, STE 201
Pittsburgh, PA  15201
(412) 781-0525
ATTORNEY FOR PLAINTIFF

28

## VERIFICATION

I, Vicki Korinko, hereby certify that the statements set forth in the foregoing Complaint are true and correct to the best of our knowledge, information and belief. The factual matters set forth therein are based upon information which has been furnished to counsel or which has been gathered by counsel as it pertains to this lawsuit; that the language contained in the foregoing is that of counsel and not the undersigned; and, that to the extent that the contents of same is that of counsel the undersigned has relied upon counsel in making this affidavit.

I understand that this Verification is made subject to the penalties of 18 Pa.C.S.A. §4904 relating to unsworn fabrication to authorities, which provides that if I knowingly make false averments, I may be subject to criminal penalties.

Vicki Korinko
Date: 2/12/2020